# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*,[1] | Case No. 16-10527 (MFW) |
| Debtors. | (Jointly Administered) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS SUCCESSOR ADMINISTRATIVE AND COLLATERAL AGENT, | |
| Appellant, | C.A. No. 16-244 (SLR) |
| v. | |
| | **RE: D.I. Nos. 4, 10 and 11** |
| SPORTS AUTHORITY HOLDINGS, INC., *et al.*, | |
| Appellees. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 12, 2016, a copy of the following was served in the manner indicated upon the parties identified on the attached service list.

(1) Emergency Motion by Wilmington Savings Fund Society, FSB, as Term Loan Agent for A Stay Pending Appeal of Order Resolving Debtors' Ability to Sell Consigned Goods (Docket Item No. 4, Filed 4/11/16) [UNSEALED];

(2) ORDER Granting in part and Denying in part [3] MOTION to Seal (Docket Item No. 10, Entered 4/11/16); and

(3) ORDER Denying [4] Emergency MOTION for a Stay (Docket Item No. , Entered 4/12/16);

*[Signature follows]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sports Authority Holdings, Inc. (9008); Slap Shot Holdings, Corp. (8209); The Sports Authority, Inc. (2802); TSA Stores, Inc. (1120); TSA Gift Card, Inc. (1918); TSA Ponce, Inc. (4817); and TSA Caribe, Inc. (5664). The headquarters for the above-captioned Debtors is located at 1050 West Hampden Avenue, Englewood, Colorado 80110.

Dated: April 13, 2016
       Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Daniel B. Butz*
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Daniel B. Butz (No. 4227)
1201 N. Market St., 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
       gwerkheiser@mnat.com
       dbutz@mnat.com

-and-

**BROWN RUDNICK LLP**
Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
7 Times Square
New York, NY 10036
(T) 212-209-4800
(F) 212-209-4801
Email: rstark@brownrudnick.com
       bsilverberg@brownrudnick.com

William R. Baldiga (*pro hac vice* pending)
One Financial Center
Boston, MA 02111
(T) 617-856-8200
(F) 617-856-8201
Email: wbaldiga@brownrudnick.com

*Counsel to Wilmington Savings*
*Fund Society, FSB, as Term Loan Agent*

9969529.1